UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LUKE DAVISON REED,     Plaintiff,

v.     Civil Action No. 3:23-cv-34-DJH

JOE STEWART,     Defendant.

\* \* \* \* \*

## ORDER

For the reasons set forth in the Memorandum entered this date and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over them.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: June 21, 2023

David J. Hale, Judge
United States District Court

cc: Plaintiff, *pro se*
    Defendants
4415.010