UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 31, 2024
KELLY L. STEPHENS, Clerk

No. 23-6016

LUKE DAVISON REED,

    Plaintiff-Appellant,

v.

JOE STEWART, Ted Lavit Law Firm; KALEN REED, Circuit 11 Judge,

    Defendants-Appellees.

Before: COLE, CLAY, and KETHLEDGE, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk